SEYFARTH SHAW LLP
Lawrence E. Butler (SBN 111043) lbutler@seyfarth.com
Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

**E-Filed 10/28/2009**

Attorneys for Defendant
CARMEL FINANCIAL CORPORATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARISCAL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>AQUA SUPREME and CARMEL FINANCIAL CORPORATION, INC.<br><br>        Defendants. | Case No. C 09 03279 JF<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND AMENDED CASE MANAGEMENT ORDER |

Defendant CARMEL FINANICAL CORPORATION, INC. ("Carmel") and Plaintiff

LUIS MARISCAL's joint motion for an order for relief from the case management schedule is

GRANTED.  The amended case management schedule is as follows:

12/30/2009 – Last day to:

- meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan;

- file ADR Certification signed by parties and counsel; and

- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

1/13/2010 – Last day to:

- file Rule 26(f) report;

1

1        •   complete initial disclosures or state objection to Rule 26(f) report; and

2        •   file Joint Case Management Conference Statement.

3   <u>1/22/2010 – Initial Case Management Conference</u>

4       **IT IS SO ORDERED.**

5

| Dated: <u>October 28, 2009</u> | _____ |
|---|---|
| | The Honorable Jeremy Fogel |

6

7   SF1 28373680.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Joint Motion for Relief From Case Management Schedule and
Amended Case Management Order / Case No. C 09 03279 JF