1  SEYFARTH SHAW LLP
   Lawrence E. Butler (SBN 111043) lbutler@seyfarth.com
2  Giovanna A. Ferrari (SBN 229871) gferrari@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105-2930
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   CARMEL FINANCIAL CORPORATION, INC.
6

7

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 | LUIS MARISCAL, individually and on behalf ) Case No. C 09 03279 LHK
   | of all others similarly situated,           )
13 |                                             ) **STIPULATION AND**
   |         Plaintiff,                          ) **ORDER OF VOLUNTARY DISMISSAL**
14 |                                             )
   |    v.                                       )
15 |                                             )
   | AQUA SUPREME and CARMEL                     )
16 | FINANCIAL CORPORATION, INC.,                )
   |                                             )
17 |         Defendants.                         )
   |                                             )
18 |                                             )

19     In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the
20 parties, by counsel, hereby stipulate and agree that the above-captioned action, which has not
21
22 been certified as a class action, be and hereby is dismissed with prejudice as to plaintiff's
23 individual claims and without prejudice as to the claims, if any, of any and all putative class
24 members. The parties shall bear their own costs and attorneys' fees.

25

26

27

28

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL / CASE NO. C 09-CV-03279 LHK

IT IS SO STIPULATED.

DATED: _____, 2010          SEYFARTH SHAW LLP

                                              /S/
                                          Lawrence E. Butler
                                          Giovanna A. Ferrari
Attorneys for Defendant
CARMEL FINANCIAL CORPORATION, INC.

DATED: _____, 2010          LAW OFFICES OF WILLIAM E. KENNEDY

By        /s/
           William E. Kennedy
Attorneys for Plaintiff
LUIS MARISCAL

## **ORDER**

It is hereby ORDERED that the above-captioned matter, which has not been certified as a class action, hereby is dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the claims, if any, of any and all putative class members. The parties shall bear their own costs and attorneys' fees. The Clerk shall close the file and terminate any pending motions.

IT IS SO ORDERED.

DATED: 09/07/2010          *Lucy H. Koh*
                                            Hon. Lucy H. Koh